UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROSE MARIE QUADER,

                  **Plaintiff,**

-against-                                  7:07 Civ 07850 (SCR)
                                                      ORDER

THE PEOPLE OF THE STATE OF NEW YORK,
STATE OF NEW YORK COURTS,
NEW ROCHELLE POLICE DEPARTMENT,
TOWN OF NEW ROCHELLE,
OFFICER BERNADETTE ULMA

                  **Defendants.**
------------------------------------X

      WHEREAS this case having been previously transferred from the Eastern District of New York on May 12, 2006, and assigned to the Honorable Stephen C. Robinson, U.S.D.J., under case number 7:06-cv-03630 (SCR), and that case having been closed by a Clerk's Judgement on December 27, 2006, and the instant matter being identical to case number 7:06-cv-03630 (SCR) and having been transferred again from the Eastern District of New York due to clerical error, the Clerk is hereby ordered to close this case.

DATED: September 21, 2007
          White Plains, NY

                                          SO ORDERED:

                                          _Stephen C. Robinson_
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: